Luke W. Reese, OSB No. 076129
lreese@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501 / Fax: (503) 581-5891
    Of Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| EDWARD P. RICHARDSON,<br><br>                   Plaintiff,<br>vs.<br><br>MICHAEL'S MESSENGER SERVICE, INC., and MICHAEL ESHELBY,<br><br>                   Defendants. | No. 3:16-cv-02131-BR<br><br>**GENERAL JUDGMENT OF DISMISSAL UPON STIPULATION** |

Based on the stipulation of the parties, the Court finds that this case and all known and unknown disputes between these parties have been fully compromised and settled. Therefore, it is

ORDERED AND ADJUDGED that judgment be entered dismissing this case with prejudice and without attorney fees or costs to either party.

*/s/ Anna J. Brown*    10-24-17
_____
ANNA J. BROWN
United States Senior District Judge

**It Is So Stipulated:**

*s/ Quinn E. Kuranz*
_____
Quinn E. Kuranz (OSB No. 114375)
Attorney for Plaintiff

*s/ Luke W. Reese*
_____
Luke W. Reese (OSB No. 076129)
Attorney for Defendants